1 **JOHN F. MARTIN, (SBN 52618)**
  **CHRISTINE HOPKINS, (SBN 240248)**
2 LAW OFFICES OF JOHN F. MARTIN
  A Professional Corporation
3 3100 Oak Road, Suite 230
  Post Office Box 5331
4 Walnut Creek, CA 94596
  Telephone: (925) 937-5433
5 Facsimile: (925)938-5567

6 Attorneys for Plaintiff
  JEFFREY GARMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GARMA, | NO. C06-4181BZ |
| Plaintiff, | |
| v. | JOINT STIPULATION TO REMOVE CASE MANAGEMENT CONFERENCE FROM CALENDAR |
| GLENN DANIELS CORPORATION, D.B.A. IMPERIAL COLLECTION SERVICES; GLENN DANIELS; OLIVIA RONQUILLO, | |
| Defendants. / | |

A Case Management Conference has been scheduled in this matter for Monday, October 16th at 4:00 p.m. The parties in this case jointly request that the case management conference be removed from the Court's calendar for today. The parties have reached a settlement in principal and the Plaintiff anticipates filing a Joint Stipulation to Dismiss with Prejudice within ~~20 day~~ 30 days of today's date..

DATED:   October 16, 2006              LAW OFFICES OF JOHN F. MARTIN
                                       A Professional Corporation

                                By:    _____/s/_____

                                       CHRISTINE HOPKINS, ESQ.
                                       Counsel for Plaintiff, Jeffrey Garma

*Garma v. Glenn Daniels Corporation, et al.*
Joint Stipulation                      1

DATED:   October 16, 2006          SIMS & LAYTON

                                   By:  _____/s/_____

                                   RONA LAYTON, ESQ.
                                   Counsel for Defendants
                                   Glenn Daniels Corporation, Glenn Daniels, Olivia Ronquillo

**ORDER**

Pursuant to a settlement reached by the parties, the Case Management Conference scheduled in this case is hereby removed from the Court's calendar. The Plaintiff shall filed a Joint Stipulation to dismiss this case with prejudice within **30 days** from the date of this order.

IT IS SO ORDERED:


DATED: October 16, 2006            _____/s/ Bernard Zimmerman_____
                                   HONORABLE BERNARD ZIMMERMAN

*Garma v. Glenn Daniels Corporation, et al.*
Joint Stipulation                                 2